UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K.O. and E.O., Jr., by and through their parents and next friends, E.O. and L.J.; and CJ, by and through his father and next friend F.C.; each individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Civil Action No. 20-cv-12015-TSH |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the defendant in the above-captioned matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Dated: December 9, 2020      By:     */s/ Rayford A. Farquhar*
                                                    RAYFORD A. FARQUHAR
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    John Joseph Moakley U.S. Courthouse
                                                    1 Courthouse Way, Suite 9200
                                                    Boston, MA 02210
                                                    617-748-3284
                                                    Email: rayford.farquhar@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 9, 2020             By:     */s/ Rayford A. Farquhar*
                                            RAYFORD A. FARQUHAR
                                            Assistant United States Attorney