UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K.O., agent of by and through their parents and next friends, E.O. and L.J; E.O., Jr., agent of by and through their parents and next friends, E.O. and L.J.; E.O.; L.J.; C.J. agent of by and through his father and next friend F.C.; and F.C., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | C.A. No. 20-12015-TSH |

**DEFENDANT'S ASSENTED-TO MOTION FOR A FURTHER
EXTENSION OF TIME TO RESPOND TO THE PLAINTIFFS' COMPLAINT**

Defendant United States of America, by and through its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, respectfully moves this Court, through this assented-to motion for a further extension of time to February 28, 2022 to respond to the complaint. As grounds for this assented to motion counsel for Defendant states that additional time is needed for the new United States Attorney in Massachusetts to be briefed on this case.

WHEREFORE, the parties jointly move this Honorable Court for an extension of time to February 28, 2022 to respond to the complaint.

                Respectfully submitted,

                RACHAEL S. ROLLINS
                United States Attorney

By:   */s/ Rayford A. Farquhar*
       RAYFORD A. FARQUHAR
       Assistant United States Attorney
       United States Attorney's Office
       John Joseph Moakley U.S. Courthouse
       One Courthouse Way - Suite 9200
       Boston, MA 02210
       (617) 748-3100
       rayford.farquhar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 25, 2022

                */s/ Rayford A. Farquhar*
                RAYFORD A. FARQUHAR
                Assistant United States Attorney

## LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Assistant United States Attorney herein certify that on Friday January 21, 2022, I electronically communicated with Attorney Joseph Cacace, and he assented to the filing of this motion.

                */s/ Rayford A. Farquhar*
                RAYFORD A. FARQUHAR
                Assistant United States Attorney