UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K.O., agent of by and through their parents and next friends, E.O. and L.J; E.O., Jr., agent of by and through their parents and next friends, E.O. and L.J.; E.O.; L.J.; C.J. agent of by and through his father and next friend F.C.; and F.C., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | C.A. No. 20-12015-TSH |

**DEFENDANT'S ASSENTED-TO MOTION FOR
ADDITIONAL TIME TO FILE A REPLY**

Defendant United States of America, by and through its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, respectfully moves this Court, through this assented-to motion for additional time up to and including April 29, 2022, to file a reply to the Plaintiffs' opposition to Defendant's motion to transfer. As grounds for this assented to motion counsel for Defendant states that additional time is needed for multiple facets of government review.

WHEREFORE, Defendant moves this Honorable Court, through this assented-to motion for additional time up to and including April 29, 2022, to file a reply to the Plaintiffs' opposition to Defendant's motion to transfer.

1

          Respectfully submitted,

          RACHAEL S. ROLLINS
          United States Attorney

By:  */s/ Rayford A. Farquhar*
    RAYFORD A. FARQUHAR
    Assistant United States Attorney
    United States Attorney's Office
    John Joseph Moakley U.S. Courthouse
    One Courthouse Way - Suite 9200
    Boston, MA 02210
    (617) 748-3100
    rayford.farquhar@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

          */s/ Rayford A. Farquhar*
          RAYFORD A. FARQUHAR
Dated: April 18, 2022      Assistant United States Attorney

## LOCAL RULE 7.1 CERTIFICATION

  I, Rayford A. Farquhar, Assistant United States Attorney herein certify that on Friday April 15, 2022, I spoke with Attorney Joseph Cacace, and he assented to the filing of this motion.

          */s/ Rayford A. Farquhar*
          RAYFORD A. FARQUHAR
          Assistant United States Attorney