UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K.O., and E.O., Jr. by and through their parents and next fiends, E.O. and L.J.; and C.J., by and through his father and next friend F.C., <br><br>  Plaintiffs <br><br>  v. <br><br> UNITED STATES OF AMERICA, <br><br>  Defendants. | Civil Action No. 20-12015-MRG |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF PLAINTIFFS C.J. AND F.C.

Pursuant to Local Rule 16.1(d)(3), Plaintiffs C.J. and F.C.., and their undersigned counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

*/s/ C.J.. by F.C.*
C.J., by his father and next friend F.C.

*/s/ F.C.*
F.C.

1

K.O. and E.O., Jr., by and through their parents and next friends, E.O. and L.J.; and C.J, by and through his father and next friend F.C.,

By their attorneys,

Date: April 5, 2023

 /s/ Joseph M. Cacace
Howard M. Cooper (BBO # 543842)
Joseph M. Cacace (BBO # 672298)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
jcacace@toddweld.com

David A. Vicinanzo (*pro hac vice*)
Nathan P. Warecki (BBO# 687547)
Lauren Maynard (BBO# 698742)
NIXON PEABODY LLP
53 State Street, Exchange Place
Boston, MA 02109
(617) 345-1000
dvicinanzo@nixonpeabody.com
nwarecki@nixonpeabody.com
lmaynard@nixonpeabody.com

Susan B. Church (BBO # 639306)
Derege Demissie (BBO # 637544)
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
(617) 319-2399
sbc@demissiechurch.com
dd@demissiechurch.com

Jeff Goldman (BBO # 548056)
Goldman & Partners
125 Washington Street, Ste. 204
Salem, MA 01970
978-219-5040
Jeff@gpimmigration.com

Iván Espinoza-Madrigal (*pro hac vice* forthcoming)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor

Boston, MA 02110<br>
(617) 988-0624<br>
iespinoza@lawyersforcivilrights.org

## CERTIFICATE OF SERVICE

I, Joseph M. Cacace, hereby certify that the foregoing documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and electronic copies will be sent to those indicated as non-registered participants.

Date:   April 5, 2023                             */s/ Joseph M. Cacace*
                                                  Joseph M. Cacace