UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K.O. and E.O., Jr., by and through their parents and next friends, E.O. and L.J.; and C.J, by and through his father and next friend F.C.;<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 4:20-cv-12015-MRG |

**MOTION TO WITHDRAW**

　　　Now comes the Plaintiff's Counsel, Susan Church, in the above-referenced matter and moves to withdraw as counsel for the plaintiffs.

As grounds for her motion, Counsel states as follows:

1. Undersigned counsel is a Partner Attorney as Demissie & Church, a law firm in Cambridge, Massachusetts.
2. As of June 1, 2023, Undersigned counsel is leaving her position at Demissie and Church as she has recently accepted a job with the government, a position that doesn't not involve direct representation of clients.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　By their attorney,

　　　　　　　　　　　　　　　　　　　*/s/ Susan Church*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Susan B. Church
　　　　　　　　　　　　　　　　　　　DEMISSIE & CHURCH
　　　　　　　　　　　　　　　　　　　929 Massachusetts Avenue, Suite 01
　　　　　　　　　　　　　　　　　　　Cambridge, MA 02139
　　　　　　　　　　　　　　　　　　　(617) 354-3944

DATED: June 8, 2023

## CERTIFICATE OF SERVICE

       I, Susan Church, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                                            */s/ Susan Church*

Date:  June 8, 2023,                            Susan Church