UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K.O., et al )<br>    Plaintiff(s), )<br> )<br>v. )<br> )<br>United States of America )<br>    Defendant(s). )<br> ) | **CIVIL ACTION**<br>**NO. 4:20-cv-12015-MRG** |

REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO:  DISTRICT JUDGE MARGARET R. GUZMAN

HENNESSY, M.J.

On April 4, 2024, the case came before the Court for a:

\_\_\_\_    EARLY NEUTRAL EVALUATION
\_X\_\_   MEDIATION
\_\_\_\_    MINI-TRIAL
\_\_\_\_    SETTLED
() SUMMARY JURY TRIAL

The Court reports:

(X)    The case is settled.  Your clerk should enter a \_60\_\_ day order of dismissal.

( )    There was progress.

()    The matter is not settled.

( )    This case should be restored to your trial list.

 April 5, 2024                                                              /s/ David. H. Hennessy
   Date                                                                      David H. Hennessy, USMJ