UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

K.O.,
        Plaintiff(s),

V.

United States of America,
        Defendant(s),

CIVIL ACTION

NO. 20-12015-MRG

SETTLEMENT ORDER OF DISMISSAL

Guzman, D. J.

    The Court having been advised on    April 5, 2024    that the above-entitled action has been settled.

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

  April 8, 2024                                  /s/ Martin Castles
      Date                                             Deputy Clerk