UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| K.O. and E.O., Jr., by and through their parents and next friends, E.O. and L.J.; and C.J., by and through his father and next friend F.C.,<br><br>      Plaintiffs,<br><br>  v.<br><br>United States of America,<br><br>      Defendant. | Civil Action No. 4:20-12015-MRG |

**PLAINTIFFS' ASSENTED TO MOTION
TO EXTEND SETTLEMENT ORDER OF DISMISSAL DEADLINE**

Per the Court's April 8, 2024 Settlement Order of Dismissal (ECF No. 122), the action was dismissed without prejudice with the option for either party to seek to reopen the action within 60 days of entry of the order if the settlement was not consummated. On May 24, 2024, the Court granted the parties' Joint Motion for Extension of Time to August 6, 2024 to file the Settlement Order of Dismissal. On June 28, 2024, Plaintiffs filed Assented to Motions for Settlement Approval which have yet to be ruled on by the Court. Thus, Plaintiffs hereby request that the Court extend the deadline in the Settlement Order of Dismissal by an additional sixty (60) days to and including October 7, 2024. Defendant has indicated its assent to this Motion.

Dated: August 6, 2024

Respectfully submitted,

E.O. and L.J., and K.O. and E.O., Jr. by and through their parents and next friends, E.O. and L.J.; F.C., and C.J by and through his father and next friend F.C.,

By their attorneys,
 */s/ Joseph M. Cacace*
Howard M. Cooper (BBO # 543842)
Joseph M. Cacace (BBO # 672298)
Keval D. Kapadia (BBO # 709323)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
 jcacace@toddweld.com
 kkapadia@toddweld.com

Derege Demissie (BBO # 637544)
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
(617) 319-2399
dd@demissiechurch.com

David A. Vicinanzo (*pro hac vice*)
Nathan P. Warecki (BBO# 687547)
NIXON PEABODY LLP
53 State Street, Exchange Place
Boston, MA 02109
(617) 345-1000
dvicinanzo@nixonpeabody.com
 nwarecki@nixonpeabody.com

Iván Espinoza-Madrigal (*pro hac vice* forthcoming)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0624
iespinoza@lawyersforcivilrights.org

>Jeff Goldman (BBO # 548056)
>Goldman & Partners
>125 Washington Street, Ste. 204
>Salem, MA 01970
>978-219-5040
>Jeff@gpimmigration.com

## RULE 7.1 CERTIFICATION

In accordance with Local Rule 7.1(a)(2), undersigned counsel represents that they conferred with defendant's counsel on August 5, 2024 and defendant's counsel assented to the filing of the Plaintiffs' Assented to Motion to Extend Time for Dismissal Order.

>*s/ Keval D. Kapadia*
>Keval D. Kapadia

## CERTIFICATE OF SERVICE

    I, Joseph M. Cacace, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

>*/s/ Joseph M. Cacace*
>Joseph M. Cacace

Dated: August 6, 2024